■ JENNIFER L. RECH, Respondent, v MICHAEL B. RECH, Appellant. (Appeal No. 1.) [994 NYS2d 875]—Appeal from an order of the Supreme Court, Monroe County (John M. Owens, J.), entered April 17, 2013 in a divorce action. The order, among other things, distributed the marital assets.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.